Based on my examination of the record, I concur to affirm the circuit court's summary dismissal of Whitt's Rule 32, Ala.R.Crim.P., petition. However, I decline to join the Court's opinion insofar as it partially overrules Blount v. State, 572 So.2d 498 (Ala.Crim.App. 1990). Presently, the Alabama Supreme Court has under consideration certain proposed amendments to the Alabama Rules of Criminal Procedure, including an amendment to Rule 32. It is my understanding that this amendment will address the issue this Court reaches today concerning the holding inBlount. Because the Alabama Supreme Court has actively undertaken the task of effecting much-needed reform in the area of Rule 32 jurisprudence, I am inclined to await that Court's action before I make a decision on this issue. *Page 878